UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CARMEN NILDA COLON RIVERA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, Commissioner ) <br> of the Social Security Administration, ) <br> ) <br> Defendant. ) | CIVIL ACTION <br> NO. 11-10070-NMG |

# REPORT AND RECOMMENDATION ON
# CROSS-MOTIONS REGARDING DENIAL OF
# SOCIAL SECURITY DISABILITY INSURANCE BENEFITS

January 19, 2012

DEIN, U.S.M.J.

## I. INTRODUCTION

Plaintiff Carmen Nilda Colon Rivera ("Colon Rivera") has brought this action pro se, pursuant to section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), in order to challenge the final decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her claim for Social Security Disability Insurance ("SSDI") benefits. The matter is presently before the court on the plaintiff's motion for an order reversing the Commissioner's decision (Docket No. 14),[1] and on the "Defendant's Motion for Judgment Affirming the Commissioner's Decision" (Docket No. 24).

---

[1] This court has construed a letter from the plaintiff challenging the Commissioner's decision to deny her benefits as a motion for an order reversing the Commissioner's decision. *After consideration of the objections of both parties thereto, Report and Recommendation accepted and adopted.* NMGorton, USDJ 3/7/12